THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**TYCO HEALTHCARE GROUP LP and United States Surgical Corporation, Plaintiffs–Cross Appellants,**

v.

**APPLIED MEDICAL RESOURCES CORP., Defendant–Appellant.**

Nos. 2013–1624, 2014–1012.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2014.

J. Michael Jakes, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of WA, DC, argued for plaintiffs-cross appellants. With him on the brief were Kathleen A. Daley, of WA, DC, and Jacob A. Schroeder, of Palo Alto, CA.

Joseph R. Re, Knobbe, Martens, Olson & Bear, LLP, of Irvine, CA, argued for defendant-appellant. With him on the brief were Joseph F. Jennings, Sean M. Murray, Matthew S. Bellinger, and Stephen W. Larson.

LOURIE, PLAGER, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**